Greer Dave D# 782975 4
Wayne Scott Unit
6999 Retrieve Rd
Angleton, Tx. 77515

41,804-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 07 2015

Abel Acosta, Clerk

Sept. 22, 2015

Court of Criminal Appeals,
District Clerk Mr Abel Acosta
Supreme Court Bldg.
201 W. 14th St. Ste Rm 106
Austin, Tx. 98701-1445

RE: Ex Parte Dave D. Greer Writ No. 12-03324-CRF-272-A

Dear, Mr Acosta

Enclosed you will find Applicant's Motion Entitled: "Applicant's Supplemental Motion to Specifically Designate State's Exhibit #3 the DVD/Video of the Traffic Stop for Inclusion in the Habeas Corpus Record."

Please File this Motion in the Above Titled Cause #.
Thank You for your Attention In this Matter.

Respectfully Requested

Dave D Greer

EX PARTE  §  IN THE CRIMINAL DISTRICT

§  272nd JUDICIAL DISTRICT

DAVE D. GREER  §  BRAZOS COUNTY, TEXAS

APPLICANT'S SUPPLEMENTAL MOTION TO SPECIFICALLY DESIGNATE STATE'S EXHIBIT #3

THE DVD/VIDEO OF THE TRAFFIC STOP FOR INCLUSION IN THE HABEAS CORPUS RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DAVE D. GREER Applicant herein proceeding pro se and in support of this motion will show this Honorable Court the following:

I.

This DVD/video is a centeral part of the State's evidence. Also this is the evidence Applicant has alleged in his habeas corpus that is needed to prove his claim of ineffective assistant of counsel, by a preponderence of the evidence. Ex Parte Chandler, 182 S.W.3d 350,354 (Tex.Crim.App. 2005). Therefore, Applicant designates State's Exhibit #3 (DVD/video) for inclusion in the habeas corpus record. Furthermore, Applicant is mindful that this critical evidence must be presented in the State court before it can properly presented in federal court.

WHEREFORE, PREMISES CONSIDERED, Applicant prays this motion will be granted thereby, including State's Exhibit #3 (DVD/video) of the traffic stop in the habeas corpus record, and grant Applicant any other or additional relief he is justly entitled to, it is so prayed.

1

Respectfully submitted,

Dave D. Greer #1829754
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas 77515

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of this motion has been sent to the fowwloing: Criminal District Attorney, Mr. Jarvis Persons, 300 E. 26th St. Suite 310, Bryan, Texas 77803; Court of Criminal Appeals, District Clerk; Able Acosta, Supreme Court Bldg, 201 W. 14th St. Rm. 106, Austin, Texas78701-1445, by placing a copy of the same in the U.S. Mail postage prepaid in this 27th day of September, 2015.

Dave D. Greer

2